MARIE VADERVEL, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. The prior application was to examine " through its agents, servants or employees having knowledge of the issues herein." This application is one to take the testimony of a named non-resident witness which the plaintiff was clearly entitled to under section 288 of the Civil Practice

Act. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.